OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Delaware**        Clerk of District Court                    Date    03/17/05
(District)

**Dean vs. BrandywineStudios**                                 C. of A. Nos 03-1680
(Caption)

**Brandywine Studios, et al**
(Petitioner)

**Civil Nos. 99-cv-679**
(D.C. No.)

Enclosures:

____03/17/05____  Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_XXXXXX_ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

             Carmen M. Hernandez          (267)-299- 4952
                 Case Manager              Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 03-1680

Dean

vs.

Brandywine Studios, et al.

Brandywine Studios, Inc., Anthony John Obara, Jr.,
Jane W. Obara, Appellants

(Delaware District Civil No. 99-cv-00679)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

Date: March 17, 2005

cc:
Elizabeth A. Wilburn, Esq.
Dale R. Dube, Esq.
Neal C. Belgam, Esq.
Robert K. Kalmbach, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk