IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. SIMPSON DEAN, JR., <br> a citizen of the State of Florida, <br><br> *Plaintiff*, <br><br> v. <br><br> BRANDYWINE STUDIOS, INC., <br> a Delaware corporation, <br> BRANDYWINE SCULPTURE STUDIOS, INC., <br> a Delaware corporation, <br> ANTHONY JOHN OBARA, JR. and <br> JANE W. OBARA, husband and wife, <br> citizens of the Commonwealth of <br> Pennsylvania, <br><br> *Defendants*. | C. A. No. 99-679-KAJ |

**TO THE CLERK OF THE COURT:**

**DIRECTION FOR SATISFACTION OF JUDGMENT**

NOW COMES, Plaintiff, J. Simpson Dean, Jr., by and through the undersigned counsel, Blank Rome LLP, and hereby states as follows:

WHEREAS, on December 20, 2001, this action was tried before a jury and the jury rendered its verdict in favor of the Plaintiff and against all Defendants for rescissory damages in the amount of $756,495.00;

WHEREAS, the Court's Order for Entry of Judgment was filed and the Clerk of the Court entered the Judgment as directed by the Court on December 21, 2001;

WHEREAS, the Court entered a Memorandum Order on February 10, 2003 with respect to post-trial motions;

WHEREAS, an Amended Judgment was entered by the Clerk of the Court on February 11, 2003 in favor of the Plaintiff and against all Defendants for rescissory damages in the amount of $756,495.00, plus interest at the legal rate from December 21, 2001 ("Amended Judgment");

WHEREAS, the Amended Judgment has been fully paid to the Plaintiff and is hereby marked satisfied;

THEREFORE, satisfaction of the said Amended Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

**BLANK ROME LLP**

BY: *Elizabeth A. Wilburn*
Elizabeth A. Wilburn (#3666)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Dated: July 22, 2005        Attorney for the Plaintiff

112796.00601/40155356v1

## CERTIFICATE OF SERVICE

I, Elizabeth A. Wilburn, hereby certify that on this 22nd day of July, 2005 true and correct copies of the foregoing Direction for Satisfaction of Judgment were served upon the following counsel of record in the manner indicated:

### Via Hand Delivery

Edward C. Pankowski, Esquire
1211 King Street
Wilmington, DE 19801

### Via First Class Mail

R. Kerry Kalmbach, Esquire
418 West State Street
Kennett Square, PA 19348

Michael G. Louis, Esquire
MacELREE HARVEY, LTD.
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660

_____
Elizabeth A. Wilburn

112796.060140090567v1