OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 10, 2005

**Cathy L. Reese**
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

**David S. Eagle**
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

**Edward C. Pankowski, Jr.**
Edward C. Pankowski, Jr.
1211 King St.
Wilmington, DE 19899

RE:  Dean v. Brandywine Studios, et al.
     CA 99- 679 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have **4 Binders** of Plaintiff's admitted trial exhibits and **1 Binder** of Defendant's admitted trial exhibits to return to you. Please confer with each other and contact the undersigned to schedule pick-up of these exhibits.

*If counsel does not place their order to claim Trial Exhibits by 8/26/05, the Clerk will destroy any unclaimed exhibits.*

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: _____
Bob Cruikshank
Deputy Clerk