OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 17, 2005

Elizabeth A. Wilburn

Blank Rome LLP

1201 North Market Street Suite 800

Wilmington, DE 19801-4226

    RE:    <u>Dean v. Brandywine Studios, et al.</u>
            CA 99- 679 KAJ

Dear Ms. Wilburn::

    I am returning to you 4-Binders of admitted Trial Exhibits consisting of **1 box**. Please acknowledge receipt of said exhibits on the copy of this letter.

    Sincerely,

    **Peter T. Dalleo**
    Clerk of the Court

I hereby acknowledge receipt of the above exhibits on August *17*, 2005

    *[signature]*
    Signature