OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2005

Anthony J. Obara

RE:   Dean v. Brandywine Studios, et al.
      CA 99- 679 KAJ

Dear Mr. Obara::

I am returning to you admitted Trial Exhibits consisting of **1 notebook**. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on August 23 2005

_____
Signature