CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00679-KAJ
### Internal Use Only

| | |
|---|---|
| Dean v. Brandywine Studios, et al | Date Filed: 10/15/1999 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 370 Fraud or Truth-In-Lending |
| Cause: 28:1332 Diversity-Fraud | Jurisdiction: Diversity |

**Plaintiff**

**J. Simpson Dean, Jr.**
*a citizen of the State of Florida*

represented by **Cathy L. Reese**
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360
Email: reesec@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Eagle**
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
(302) 426-1189
Email: deagle@klehr.com
*TERMINATED: 09/12/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brandywine Studios Inc.**
*a Delaware corporation*

represented by **Edward C. Pankowski, Jr.**
Edward C. Pankowski, Jr.
1211 King St.
Wilmington, DE 19899
(302) 571-9924
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Anthony John Obara, Jr.** | represented by **Edward C. Pankowski, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Jane W. Obara**<br>*husband and wife, citizens of the Commonwealth of Pennsylvania* | represented by **Edward C. Pankowski, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Brandywine Sculpture Studios, Inc.**

**Counter Claimant**

| | |
|---|---|
| **Brandywine Studios Inc.** | represented by **Edward C. Pankowski, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **Anthony John Obara, Jr.** | represented by **Edward C. Pankowski, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **Jane W. Obara** | represented by **Edward C. Pankowski, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | |
|---|---|
| **Dean J. Simpson, Jr.** | represented by **David S. Eagle**<br>(See above for address)<br>*TERMINATED: 09/12/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 127486 (dab) (Entered: 10/15/1999) |
| 10/15/1999 | | SUMMONS(ES) issued for Brandywine Studios, Anthony John Obara |

| | | |
|---|---|---|
| | | complaint, reset Scheduling Order Deadlines: Pretrial conference by 4:30 9/10/01 Trial Date Deadline (3 day jury) 10:00 9/17/01 ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 07/03/2001) |
| 07/09/2001 | 61 | Letter from Elizabeth Wilburn, Esq. to Judge McKelvie re request to reschedule trial. (ntl) (Entered: 07/10/2001) |
| 07/09/2001 | 62 | CERTIFICATE OF SERVICE by J. Simpson Dean Jr. re request to supplement pursuant to FRCP 26(e). (ntl) (Entered: 07/10/2001) |
| 07/18/2001 | 63 | Steno Notes for 6/29/01; rprtr. K. Maurer (ntl) (Entered: 07/18/2001) |
| 07/31/2001 | 64 | ANSWER by Brandywine Studios, Anthony John Obara Jr., Jane W. Obara to first amended complaint and COUNTERCLAIM. (ntl) (Entered: 07/31/2001) |
| 08/06/2001 | 65 | REVISED SCHEDULING ORDER setting Pretrial conference for 4:30 11/15/01 ; Trial Date Deadline (3 day jury) 10:00 12/12/01 ; ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 08/07/2001) |
| 08/08/2001 | 66 | REPLY by J. Simpson Dean Jr. to counterclaim of dfts dated 7/31/01. (ntl) (Entered: 08/08/2001) |
| 08/08/2001 | 67 | CERTIFICATE OF SERVICE by J. Simpson Dean Jr. re 4th set of interrogs. to dfts. (ntl) (Entered: 08/08/2001) |
| 09/06/2001 | 68 | NOTICE by J. Simpson Dean Jr. to take deposition of George White on 9/12/01 (ntl) (Entered: 09/06/2001) |
| 09/12/2001 | 69 | Subpoena for George White (ntl) (Entered: 09/12/2001) |
| 09/19/2001 | 70 | NOTICE of change of address by counsel for J. Simpson Dean Jr. re Suite 800 (ntl) (Entered: 09/19/2001) |
| 09/25/2001 | 71 | Letter from Elizabeth Wilburn, Esq. to Judge McKelvie encl. proposed scheduling order. (ntl) (Entered: 09/26/2001) |
| 10/01/2001 | 72 | SCHEDULING ORDER setting Discovery cutoff 11/9/01 ; Pretrial conference for 4:30 11/15/01 ; Trial Date Deadline (3 day jury) 10:00 12/12/01 ; ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 10/02/2001) |
| 10/09/2001 | 73 | NOTICE of Lodging by J. Simpson Dean Jr. re subpoena served on New Arts Foundry. (ntl) (Entered: 10/10/2001) |
| 10/24/2001 | 74 | J. Simpson Dean's amended expert witness designation. (ntl) (Entered: 10/25/2001) |
| 10/26/2001 | 75 | MOTION by J. Simpson Dean Jr. with Proposed Order for Protective Order Answer Brief due 11/9/01 re: [75-1] motion (ntl) (Entered: 10/29/2001) |
| 10/26/2001 | 76 | MEMORANDUM by J. Simpson Dean Jr. in support of [75-1] motion for Protective Order (ntl) (Entered: 10/29/2001) |
| 10/26/2001 | 77 | Exhibit K to D.I. 76 {SEALED}. (ntl) (Entered: 10/29/2001) |