OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 20, 2006

Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street,
Suite 1200 Wilmington, DE 19801
(302) 661-7000

RE:  J. SIMPSON DEAN, JR., v. BRANDYWINE STUDIOS INC., ANTHONY JOHN OBRARA, JR., BRANDYWINE SCULPTURE STUDIOS, INC.
Civ. No.: 99-679 KAJ

Dear Counsel:

Pursuant to the Order entered on 7/10/06 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEM(S):  77.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on  7/21/06  .

_Douglas O'Neill_
Signature